FILED
 2016 Apr-29  PM 04:19
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STACY C. LAWSON, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No: 2:14-cv-536-KOB |
| | ) |
| CITY OF PLEASANT GROVE, | ) |
|     Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 16, 2016, recommending that the court grant the Defendant's motion for summary judgment (doc. 29). No party filed any objections.

The court has carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation. The court ADOPTS the magistrate judge's report and ACCEPTS his recommendation that the court GRANT the Defendant's motion for summary judgment. The court specifically finds that, for all of the reasons stated in the magistrate judge's report, no genuine issues of material fact exist for any claim and that the Defendant is entitled to summary judgment as a matter of law on all claims.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 29th day of April, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE